IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICKY FREUND,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-151-wmc

This action came for consideration before the court with Distrcit Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that this case is remanded to the Commissioner pursuant to sentence four of Section(g) of the Social Security Act, 42 U.S.C. § 405(g).

_____
Peter Oppeneer, Clerk of Court

_7/1/2011_
Date