IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICKY FREUND,

    Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-151-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that plaintiff Ricky Freund is awarded attorney fees in the amount of $1,872.50 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

_____      9/28/11
Peter Oppeneer, Clerk of Court            Date